**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| SANDY MOBLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-66 (LAG) |
| | : | |
| KELDRIC MCCULLOUGH, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiffs Sandy and Greg Mobley initiated this case on April 22, 2025. (Doc. 1). The Court entered a Scheduling Order on July 17, 2025. (Docs. 12, 12-1). Thereafter, Defendants Harry Young, Freddie L. Bryant III, Tito T. Hall, and Ricardo A. Bowdry filed a Motion to Dismiss the Amended Complaint and a Motion to Stay Discovery. (Docs. 13, 15). The Court granted the Motion to Stay Discovery, staying the case until the Court resolved Defendants' Motion to Dismiss. (Doc. 27 at 3). The Court granted the Motion to Dismiss on March 9, 2026. (Doc. 29). Accordingly, the stay of discovery is lifted. The Parties are hereby **ORDERED** to submit a proposed revised discovery schedule to the Court within **twenty-one (21) days** of the date of this Order.

**SO ORDERED**, this 24th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**